### Fourth Court of Appeals
#### San Antonio, Texas


## MEMORANDUM OPINION

No. 04-19-00079-CV

**IN THE INTEREST OF E.J.M.K.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00825
Honorable Richard Garcia, Judge Presiding

Opinion by: Rebeca C. Martinez, Justice

Sitting: Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

Delivered and Filed: August 7, 2019

MOTION TO WITHDRAW DENIED; AFFIRMED

Appellant mother ("Mother") appeals the trial court's order terminating her parental rights to her child, E.J.M.K. Mother's court-appointed appellate counsel filed a motion to withdraw and a brief containing a professional evaluation of the record, concluding there are no arguable grounds for reversal of the termination order. The brief minimally satisfies the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re P.M.*, 520 S.W.3d 24, 27. n.10 (Tex. 2016) (recognizing that *Anders* procedures apply in parental termination cases). Additionally, counsel represents that he provided Mother with a copy of the brief and the motion to withdraw, advised Mother of her right to review the record and file her own brief, and informed Mother how to obtain a copy of the record, providing her with a form motion for access to the appellate record. We issued an order

setting a deadline for Mother to file a pro se brief.  However, Mother did not request the appellate record or file a pro se brief.

After reviewing the appellate record and appointed counsel's brief, we conclude no plausible grounds exist for reversal of the termination order.  Accordingly, we affirm the trial court's termination order.  Because appointed counsel has not asserted any ground for withdrawal other than his conclusion that the appeal is frivolous, we deny the motion to withdraw.  *See id.* at 27–28 (holding that counsel's obligations in parental termination cases extend through exhaustion or waiver of all appeals, including filing petition for review in Texas Supreme Court).

Rebeca C. Martinez, Justice